■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY JACKSON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant argues that his convictions of rape in the first degree and unlawful imprisonment in the second degree are against the weight of the evidence. We disagree. The testimony of the victim, although somewhat inconsistent, was not incredible as a matter of law *(see, People v Christian,* 139 AD2d 896, *lv denied* 71 NY2d 1024; *People v Shedrick,* 104 AD2d 263, 274, *affd* 66 NY2d 1015, *rearg denied* 67 NY2d 758) and her credibility was a matter for the jury to resolve. Upon our independent review of the record, we conclude that the convictions are not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490). (Appeal from judgment of Supreme Court, Erie County, Dadd, J.—rape, first degree.) Present—Doerr, J. P., Boomer, Green, Pine and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN W. WALKER, Appellant.—Judgment unanimously affirmed. Memorandum: From our review of the record, we conclude that the evidence was legally sufficient to provide a valid line of reasoning to support defendant's conviction *(see, People v Bleakley,* 69 NY2d 490, 495). Further, upon our independent review of the relative probative force of the conflicting testimony and inferences to be drawn therefrom, we find that the verdict was not against the weight of the evidence *(see, People v Bleakley, supra; People v Faulk,* 137 AD2d 830). (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—assault, first degree.) Present—Doerr, J. P., Boomer, Green, Pine and Lawton, JJ.